IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| KRISS RAY CAMP, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| v. | § | 2:13-CV-0113 |
| | § | |
| WILLIAM STEPHENS, Director, | § | |
| Texas Department of Criminal Justice, | § | |
| Correctional Institutions Division, | § | |
| | § | |
| Respondent. | § | |

## ORDER ADOPTING REPORT AND RECOMMENDATION
## and DENYING RESPONDENT'S MOTION TO DISMISS

Came for consideration the Motion to Dismiss by respondent WILLIAM STEPHENS on November 1, 2013. On April 22, 2014, the United States Magistrate Judge issued a Report and Recommendation in this cause, recommending therein that respondent's motion to dismiss be denied.

The undersigned United States District Judge has reviewed the Report and Recommendation of the Magistrate Judge and has made an independent examination of the record in this case. The Magistrate Judge's Report and Recommendation is hereby ADOPTED. Accordingly, respondent's motion to dismiss is DENIED.

IT IS SO ORDERED.

ENTERED this __16th__ day of __May__ 2014.

_____
MARY LOU ROBINSON
UNITED STATES DISTRICT JUDGE